RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
NISHA BROOKS-WHITTINGTON
Assistant Federal Public Defender
411 E. Bonneville Ave., Suite 250
Las Vegas, Nevada 89101
Tel: (702) 388-6577
Fax: (702) 388-6261

Attorney for **RYAN MONTES BROWN**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RYAN MONTES BROWN ,<br><br>Defendant. | CASE NO.:   2:11-cr-205-LRH-VCF<br><br>**WAIVER OF PRELIMINARY HEARING PURSUANT TO FED. R. CRIM. P. 32.1(b)(1)(A)** |

COMES NOW, the defendant, RYAN MONTES BROWN, by and through his attorney of record, NISHA BROOKS-WHITTINGTON, Assistant Federal Public Defender, and hereby moves this Court pursuant to Fed. R. Crim. P. 32.1(b)(1)(A) to waive the preliminary hearing scheduled for Monday, December 19, 2011, at the hour of 2:30 p.m., and proceed with the Final Hearing re: Revocation of Supervised Release scheduled for Thursday, January 12, 2012, at the hour of 1:30 p.m.

DATED this 15th day of December, 2011.

                                                RENE L. VALLADARES
                                                Federal Public Defender

                                               By: /s/ Nisha Brooks-Whittington
                                                   NISHA BROOKS- WHITTIINGTON
                                                   Assistant Federal Public Defender

# MEMORANDUM OF POINTS AND AUTHORITIES

Federal Rules of Criminal Procedure 32.1 provides that:

> **In General**. If a person is in custody for violating a condition of probation or supervised release, a magistrate judge must promptly conduct a hearing to determine whether there is probable cause to believe that a violation occurred. *The person may waive the hearing*.

Fed. R. Crim. P. 32.1(b)(1)(A) (italics added). Undersigned counsel discussed this waiver with the defendant, Ryan Brown ("Mr. Brown"), and he consents to waiving the preliminary hearing scheduled for December 19, 2011. Mr. Brown hereby requests this Court to vacate the preliminary hearing pursuant to his waiver, and further requests this Court to proceed with the Final Hearing re Revocation of Supervised Release scheduled for January 12, 2012.

DATED this 15th day of December, 2011.

Respectfully submitted,

By: /s/ Nisha Brooks-Whittington
NISHA BROOKS- WHITTIINGTON
Assistant Federal Public Defender

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RYAN MONTES BROWN,<br><br>Defendant. | 2:11-cr-205-LRH-VCF<br><br><br><br>**ORDER** |

IT IS HEREBY ORDERED ADJUDGED AND DECREED that the preliminary hearing set for Monday, December 19, 2011 at the hour of 2:30 p.m is vacated, and this matter will proceed on the Final Hearing re Revocation of Supervised Release currently set for Thursday, January 12, 2012 before Judge Larry R. Hicks.

DATED: December 16, 2011.

_____
UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF ELECTRONIC SERVICE**

The undersigned hereby certifies that I am an employee of the Law offices of the Federal Public Defender for the District of Nevada and am a person of such age and discretion as to be competent to serve papers.

That on December 15, 2011, I served an electronic copy of the above and foregoing **WAIVER OF PRELIMINARY HEARING PURSUANT TO FED. R. CRIM. P. 32.1(b)(1)(A)** by electronic service (ECF) to the persons named below:

DANIEL G. BOGDEN
United States Attorney
CRISTINA D. SILVA
Assistant United States Attorney
333 Las Vegas Blvd. So., 5th Floor
Las Vegas, Nevada 89101

Via e-mail:
CRYSTAL JONHNSON

/S/ Nancy Vasquez
Nancy Vasquez, Legal Secretary to
NISHA BROOKS- WHITTIINGTON,
Assistant Federal Public Defender